

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00280-CR

Driss **NASSOURI,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2608
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's second motion of time to file brief is GRANTED. Appellant is ORDERED to file his brief on or before November 4, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court